Kendal R. Hoopes, WSB No. 6-3422
Yonkee & Toner, LLP
P. O. Box 6288
Sheridan, WY 82801
307-674-7451
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **HARRY POLLAK,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 22-CV-49-ABJ |
| **SUSAN WILSON, et a.** | ) | |
| Defendants. | ) | |

### Defendants' Motion for Summary Judgment

Defendants Susan Wilson et al. (referred to herein collectively as "SCSD2"), by and through their undersigned attorney, and pursuant to Fed.R.Civ.P. 56(a), hereby move the court for summary judgment on the Plaintiff's claims upon the grounds and for the reason that there are no genuine issues of material fact, and that the Defendants are entitled to judgment as a matter of law. The basis for this motion is more fully set forth in the Brief in Support of Defendants' Motion for Summary Judgment filed concurrently with this motion.

Defendants rely upon all pleadings in the Court file and upon Exhibit A-V, which are filed herewith.

**Wherefore**, the Defendants pray for summary judgment against the Plaintiff pursuant to Federal Rule of Civil Procedure 56.

Dated this 26th day of September, 2023.

/s/ Kendal R. Hoopes
Kendal R. Hoopes, WSB No. 6-3422
Yonkee & Toner, LLP
P. O. Box 6288
Sheridan, WY 82801-1688
Telephone No. (307) 674-7451
Facsimile No. (307) 672-6250
krhoopes@yonkeetoner.com
*Attorney for Defendants*

**Certificate of Service**

I, Kendal R. Hoopes, hereby certify that on September 26th, 2023, I served a true and correct copy of the above and foregoing through the Case Management/Electronic Case Filing (CM/ECF) system for the United States Federal Court for the District of Wyoming.

Brett Nolan (*pro hac vice*)
Institute for Free Speech
1150 Connecticut Ave., N.W., Suite 801
Washington, DC 20036
Telephone No. (202) 301-3300
Facsimile No. (202) 301-3399
bnolan@ifs.org
*Attorney for Plaintiff*

Seth "Turtle" Johnson, WSB No. 7-5748
Adelaide P. Myers, WSB No. 7-6500
Slow and Steady Law Office, PLLC
1116 W. Farm Ave.
P.O. Box 1309
Saratoga, WY 82331
(307) 399-6060
Turtle@SlowandSteadyLaw.com
Addie@SlowandSteadyLaw.com
*Attorneys for Plaintiff*

/s/ Kendal R. Hoopes
Kendal R. Hoopes, WSB No. 6-3422